**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Trustees of the NEW MEXICO PIPE TRADES HEALTH & WELFARE TRUST FUND; et al.,**

**Plaintiffs,**

**v.** **No. 1:10-cv-1032 JB/KBM**

**SUPERIOR MECHANICAL CONTRACTORS, INC., a New Mexico Corporation, WENDELL HARGER, MARK HARGER, and ULLRICKI HARGER,**

**Defendants.**

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Defendants' Counsel filed a Motion for Permission to Withdraw as Counsel for Defendants, Doc. 35, 10/14/2011, coincident with the filing of Defendants' Notice in Lieu of Response, Doc. No. 34, 10/14/2011. Generally such withdrawals are a matter between the clients and their attorneys and are probably rarely opposed. In this case, however, there is some concern on the part of Plaintiffs that counsel's withdrawal will have the effect of delaying the resolution of this case. The Defendants have not opposed Summary Judgment and the deadline for opposing it has now passed. It appears that Summary Judgment will therefore be entered and Plaintiffs will be able to go about the process of executing on such a Judgment. Nevertheless, Defendant Superior Mechanical Contractors, Inc., can only appear by an attorney, D.N.M.LR-Civ. 83.7, and any delay in the entry of Judgment as a result of counsels' withdrawal is unacceptable to Plaintiffs. If the entry of Judgment is delayed and the Bankruptcy Petition referenced in the Defendants' Motion at Paragraph 5 is filed before the entry of Judgment, this Court's action will be stayed by the Automatic Stay imposed by the Bankruptcy Act. Since Defendants' obligations here are not dischargeable in Bankruptcy, this case will remain open until the Bankruptcy case is closed and then this case will be reactivated and

prosecuted to completion. Such a delayed process is a waste of time and money. Therefore, if the Court is inclined to delay entry of Judgment as a function of the withdrawal of counsel, then the Plaintiffs urge the Court to keep counsel in this case until this matter is completely resolved.

Wherefore, Plaintiffs urge this Court to keep the Defendants' counsel active in this case until they are no longer needed to completely resolve the litigation pending before this Court.

Respectfully submitted,

WALKER & VAN HEIJENOORT PC

/s/ electronically filed

By:______________________________

William G. Walker
4263 Montgomery NE, Suite 230
Albuquerque NM 87109
Tel: (505) 242-2800
Fax: (505) 242-4242
wvhlawfirm@wvhnm.net

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2011, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

S. Charles Archuleta, Esq.
sca@keleher-law.com

Danny W. Jarrett, Esq.
jarrettd@jacksonlewis.com

Attorneys for Defendants

/s/ William G. Walker

________________________
William G. Walker
Attorneys for Plaintiffs

U:\COLLECTIONS - BY FUND\PIPES COLLECTIONS\superior mechanical 2010\pleadings folder - word and wordperfect docs ONLY\plaintiffs response to defendants mtn to withdraw 10 25 2011.doc